IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CR-0036-RJC-SCR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TONY JOSHUA CHRISTO, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit" for David Elbert Little (Doc. No. 22). For the reasons set forth therein, the Motion is granted.

The Clerk is directed to send copies of this Order to the Government, counsel for the Defendant, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 18, 2024

Susan C. Rodriguez
United States Magistrate Judge